BEFORE THE FIRST DIVISION, JANUARY 28, 1954

**No. 57806.**—W. T. Grant Co. et al. *v.* United States, protests 972308–G, etc. (Seattle).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer and celluloid sleds similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.